GEORGE ZRAKET *vs.* FALMOUTH BANK AND TRUST COMPANY. December 21, 1981. All of the issues raised in the plaintiff's brief were correctly decided in the trial judge's comprehensive findings of fact and conclusions

of law, set out in his "Memorandum of Decision," and the judgment issued pursuant to them must be affirmed.

*So ordered.*

Robert C. Gerrard (*Lawrence G. Green* with him) for the plaintiff.
*Terry Philip Segal* for the defendant.